# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  WALLACE E. HARRIS  
        1526 CHESTNUT ST.  
        ROCKFORD, IL 61101

SSN-xxx-xx-9981

Case Number: 05-71297

Case filed on: 3/22/2005  
Plan Confirmed on: 5/13/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,630.88        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 003 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 655.11 | 655.11 | 655.11 | 0.00 |
|  | Total Priority | 655.11 | 655.11 | 655.11 | 0.00 |
| 999 | WALLACE E. HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | KISHWAUKEE AUTO CORRAL | 6,000.00 | 6,000.00 | 6,000.00 | 437.01 |
|  | Total Secured | 6,000.00 | 6,000.00 | 6,000.00 | 437.01 |
| 001 | KISHWAUKEE AUTO CORRAL | 2,698.86 | 2,698.86 | 695.64 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 66.15 | 66.15 | 17.05 | 0.00 |
| 005 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDITORS BANKRUPTCY SERVICE | 177.83 | 177.83 | 45.83 | 0.00 |
| 007 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICAN NATIONAL ADJUSTMENT CORP. | 5,653.69 | 5,653.69 | 1,457.24 | 0.00 |
| 009 | ASSET ACCEPTANCE CORP | 421.59 | 421.59 | 108.66 | 0.00 |
| 010 | REGIONAL ADJUSTMENT BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AFFIRMATIVE INSURANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | REGIONAL ADJUSTMENT BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 502.01 | 502.01 | 129.40 | 0.00 |
|  | Total Unsecured | 9,520.13 | 9,520.13 | 2,453.82 | 0.00 |
|  | Grand Total: | 17,539.24 | 17,539.24 | 10,472.93 | 437.01 |

Total Paid Claimant:    $10,909.94  
Trustee Allowance:    $720.94  
Percent Paid Unsecured:    25.78

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

        /s/ Lydia S. Meyer  
        Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/26/2008         By  /s/Heather M. Fagan